**Courtesy Copy**
The original was:
X Filed in hard copy.
___ Electronically filed.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 04 2007 ★

*Arthur V. Graseck Jr.*   LONG ISLAND OFFICE
**ATTORNEY AT LAW**
(631) 277-6543

1870 Spur Drive South
Islip Terrace, New York 11752

Facsimile: (631)277-2227
avgraseck@earthlink.net

6-4-07
(DRH/ARL)

Hon. A.R. Lindsay, U.S.M.J.

v: Foreman, et
ano. v. Southampton
et al. 05CV5763

Dear Magistrate Judge Lindsay:

Due to a scheduling problem, it is requested I be permitted to participate by telephone in the 11:00 a.m. 6-5-07 conference. A demand has been made; however, the parties agree settlement cannot be accomplished on 6-5-07.