UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MARGARET FOREMAN and
CLEVELAND GRIFFIN                                   ORDER
                                                    CV-05-5763  DRH

         -against-

PETER BERNAGOZZI, et al.
-----------------------------------------------------X


       IT IS HEREBY ORDERED that all parties appear in person on  **WEDNESDAY AUGUST 11, 2010 AT 2:00 PM** before Hon. Denis R. Hurley  in Courtroom 930 of  the Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722 for a Final Pre-trial / Settlement conference.  Counsel for all parties shall have full authority to settle the case or have their principals available by telephone.

       Counsel shall submit a letter, not to exceed  three pages in length, stating their settlement positions. The letters should be sent to Chambers or faxed to (631) 712-5651 and received by Friday, August 6, 2010.  <u>DO NOT</u>  file these letters on ECF**.**

       If the case cannot settle, a trial date will be set at the conference.

       Any request for adjournment must be made in writing at least one week prior to the scheduled appearance.  Adjournments will be granted only upon consent of all parties and upon good cause shown.

       SO ORDERED.

Dated: Central Islip, New York
       July 14, 2010

                                            /S/
                                     Denis R. Hurley
                                     United States District Judge