BEFORE: DENIS R. HURLEY, U.S. DISTRICT JUDGE

DATE: AUGUST 18, 2010          AT: 2:00 -2:20 pm

CIVIL CAUSE FOR: CIVIL CAUSE FOR FINAL PRETRIAL/SETTLEMENT CONFERENCE
CASE NUMBER:    CV-05-5763

TITLE:   FOREMAN V. BERNAGOZZI

APPEARANCES: FOR PLAINTIFF: ARTHUR GRASECK, ESQ.
             FOR DEFENDANT: JELTJE DEJONG, ESQ.

             COURT REPORTER:

 X   CASE CALLED TO FOR FINAL PRETRIAL/SETTLEMENT CONFERENCE.

     .
     THE CASE CANNOT SETTLE AT THIS TIME.
     JURY SELECTION SCHEDULED FOR MONDAY, SEPTEMBER 20, 20010 AT 9:30
     AM.  OPENING STATEMENTS AND TRIAL WILL BEGIN ON SEPTEMBER 21,2010.

     PROPOSED VOIR DIRE AND REQUESTS TO CHARGE SHALL BE FILED BY
     SEPTEMBER 7, 2010.  IN LIMINE MOTIONS SHALL BE FILED BY SEPTEMBER
     7, 2010 WITH RESPONSES FILED BY SEPTEMBER 13, 2010.

     COUNSEL SHALL EXCHANGE AND MARK THEIR RESPECTIVE EXHIBITS BY
     SEPTEMBER 7, 2010.