AO 450 (Rev. 5/85) Judgment in a Civil Case

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

MARGARET FOREMAN AND
CLEVELAND GRIFFIN,

        PLAINTIFFS,　　　　　　　　　　　　CIVIL JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CV-05-5763 (DRH)
    -AGAINST-

PETER BERNAGOZZI, INDIVIDUALLY
AND AS A POLICE OFFICER OF THE
SOUTHAMPTON, NEW YORK POLICE
DEPARTMENT; JOHN KUEZ,[1]
INDIVIDUALLY AND AS A POLICE
OFFICER OF THE SOUTHAMPTON, NEW
YORK POLICE DEPARTMENT, AND THE
TOWN OF SOUTHAMPTON, NEW YORK.

-------------------------------------------------------------X

X    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on September 28, 2010.

     Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff, CLEVELAND GRIFFIN, take nothing from defendants, and Plaintiff, MARGARET FOREMAN is awarded $3,500.00. on the state law claim of negligence.

---

[1] THE CORRECT SPELLING OF THIS DEFENDANT'S LAST NAME IS "KUEY."

All other claims are dismissed with prejudice, and the Clerk is directed to close this case.

Dated: SEPTEMBER 29, 2010  ROBERT C. HEINEMANN
       Central Islip, New York  CLERK OF THE COURT
By: PATRICIA BEST
    Deputy Clerk