UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
MARGARET FOREMAN AND CLEVELAND                    ORDER OF SUSTENANCE
GRIFFIN                                           CV-05-5763 (DRH)

     -against-

PETER BERNAGOZZI, ET AL.

--------------------------------X

            IT IS HEREBY ORDERED THAT THE JURY CLERK SUPPLY PROPER

(   )      LODGING
( X )      SUSTENANCE ORDERED FROM CARLETON AVENUE DELI
(   )      TRANSPORTATION

            TO THE CLERK AND  (8)  JURORS  EMPANELED IN THE ABOVE
ENTITLED CASE ON SEPTEMBER 29, 2010

DATED: CENTRAL ISLIP, NEW YORK
       SEPTEMBER 29, 2010

                                        _____/S/_____
                                           DENIS R. HURLEY
                                           U.S. DISTRICT JUDGE


_____      DURING TRIAL

  X         DELIBERATING

_____      SEQUESTERED

_____      OTHER

                                        A TRUE COPY ATTEST
                                        DATED: SEPTEMBER 29, 2010
                                        ROBERT C. HEINEMANN, CLERK
                                        BY: PATRICIA BEST,